**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

No. 15-6623

───────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

CELIA HAYNES EDWARDS, a/k/a Tina Hawks,

Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Western District of Virginia, at Abingdon.  James P. Jones, District Judge. (1:11-cr-00038-JPJ-PMS-3; 1:12-cr-00030-JPJ-PMS-1)

───────────────

Submitted:  June 25, 2015                Decided:  June 30, 2015

───────────────

Before GREGORY, FLOYD, and THACKER, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Celia Haynes Edwards, Appellant Pro Se.  Roy Franklin Evans, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Abingdon, Virginia, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Celia Haynes Edwards appeals the district court's order denying her motion for reconsideration of the court's sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2012), and to Amendment 782 to the Sentencing Guidelines. We have reviewed the record and find no reversible error. See United States v. Goodwyn, 596 F.3d 233, 235-36 (4th Cir. 2010) (holding that district court does not have authority to reconsider prior order on § 3582 motion). Accordingly, we affirm the district court's denial of relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED